1:23-cr-219
JUDGE CHANG
MAGISTRATE JUDGE MCSHAIN

FILED
4/13/2023
KRA
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: 23 CR _____ |
| v. | Violation: Title 26, United States Code, Section 7206(1) |
| QASIM KHAN | |
| | **INFORMATION** |

The UNITED STATES charges:

### COUNT ONE

On or about April 15, 2017, in the Northern District of Illinois, and elsewhere, defendant QASIM KHAN, a resident of Milwaukee, Wisconsin, willfully made and subscribed, and filed and caused to be filed with the Internal Revenue Service, a materially false U.S. Individual Income Tax Return, Form 1040, for calendar year 2016, which was verified by a written declaration that it was made under penalties of perjury and which KHAN did not believe to be true and correct as to every material matter. That Form 1040 reported business income on Line 12 of $84,462 and total income on Line 22 of $161,128, whereas KHAN knew his actual business income and total income were substantially greater than these reported amounts.

In violation of 26 U.S.C. § 7206(1).

STUART M. GOLDBERG
Acting Deputy Assistant Attorney General
U.S. Department of Justice, Tax Division

By: _____
AMANDA R. SCOTT, Trial Attorney
MATTHEW J. KLUGE, Assistant Chief
U.S. Department of Justice, Tax Division